No. 96, Misc.  WETZEL *v.* HARPOLE, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.  C. A. 5th Cir. Certiorari denied.  *Albert Sidney Johnston, Jr.* for petitioner.

No. 97, Misc.  JONES *v.* NEW YORK.  Appellate Division of the Supreme Court of New York, Second Judicial Department.  Certiorari denied.

No. 99, Misc.  HARRISON *v.* NASH, WARDEN.  Supreme Court of Missouri.  Certiorari denied.

No. 101, Misc.  SULLIVAN ET AL. *v.* UTAH.  Supreme Court of Utah.  Certiorari denied.

No. 102, Misc.  THOMPSON *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  Supreme Court of Washington.  Certiorari denied.

No. 103, Misc.  JOHNSON *v.* SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  Supreme Court of Washington.  Certiorari denied.

No. 104, Misc.  LANCASTER *v.* MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 105, Misc.  SWEET *v.* MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 106, Misc.  ARNOLD *v.* TUCKER, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied.

No. 109, Misc.  CIEHALA *v.* NEW YORK.  County Court of Richmond County, New York.  Certiorari denied.